HENRY WEIN et al., Respondents, v. GEORGE MOONEY et al., Appellants.

APPEAL from orders.

Powel & Kropf, for appellants.

J. G. Ritter, for respondents.

*Per Curiam.* Orders appealed from affirmed, with costs.

Present: VAN WYCK, Ch. J., FITZSIMONS and O'DWYER, JJ.
Orders affirmed, with costs.